

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:99-CR-490-KJD-PAL-006 |
| Plaintiff, | |
| vs. | |
| CHARLES ROGERS | |
| Defendant. | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#144), sentencing held on January 27, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: SPRINT
Amount of Restitution: $100,000.00

Name of Payee: CNA INSURANCE CO
Amount of Restitution: $145,870.00

Name of Payee: FM GLOBAL INSURANCE CO
Amount of Restitution: $1,006,879.86

Name of Payee: GALLAGHER BASSETT SERVICES INC
Amount of Restitution: $17,554.75

Name of Payee: EMPLOYERS INS CO OF AMERICA
Amount of Restitution: $2,268.09

**Total Amount of Restitution ordered:** $1,272,572.70**

**Joint and Several with co-defendants Handy, Gassoway, Donat, Miller, Reese and Sanders in 2:99-CR-490

Dated this _25th_ day of October 2018.

_____
UNITED STATES DISTRICT JUDGE